FREDERICK SMITH, complainant-respondent,

*v*.

EDWARD C. BALCH, defendant-appellant.

[Argued June 19th, 1918.   Decided November 18th, 1918.]

On appeal from the court of chancery.

*Mr. William Tyacke, Jr.,* for the respondent.

*Messrs. Day, Day, Smith & Slingerland,* for the appellant.

PER CURIAM.

The decree in this case is affirmed, for the reasons stated in the opinion of this court in a case between the same parties, June term, 1918, No. 31, reported *ante p.* 565.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, WHITE, WILLIAMS, TAYLOR, GARDNER—11.

*For reversal*—None.